# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| PLENTYOFFISH MEDIA, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **FILED: NOV 19, 2008** |
| | ) | 08CV6651 |
| PLENTYMOREFISH.COM, an Internet domain name, | ) Civil Action No.: | JUDGE KENNELLY |
| PLENTYMOREDATING.COM, an Internet domain name, | ) | MAGISTRATE JUDGE NOLAN |
| PLENTYMORESINGLEFISH.COM, an Internet domain name. | ) | RCC |
| PLENTYMORENAUGHTYFISH.COM, an Internet domain name | ) | |
| | ) | |
| Defendants. | ) | |

## COMPLAINT

Plaintiff,. Plentyoffish Media, Inc. ("Plentyoffish"), through counsel, complains as follows:

### NATURE AND BASIS OF ACTION

1.     This action is brought pursuant to the provisions of the Anticybersquatting Consumer Protection Act, 15 U.S.C. § 1125(d), on the basis of *in rem* jurisdiction against the Internet domain names plentymorefish.com, plentymoredating.com, plentymoresinglefish.com, and plentymorenaughtyfish.com.

2.     Plaintiff is the owner of United States Federal Trademark Registration(s) Nos. 3251639 ("PLENTYOFFISH"), 3251640 ("POF"), and 3302508 ("PLENTY OF FISH"). Plentyoffish uses these marks in conjunction with the online dating Web site Plentyoffish.com to service a world-wide customer base.

3.        Plentyoffish's trademark registrations PLENTYOFFISH and POF have been in full effect since June 12, 2007. Plentyoffish's trademark registration PLENTY OF FISH has been in full effect since October 2, 2007.

4.        Plentyoffish Media, Inc.owns the domain name plentyoffish.com, which is an operating commercial website.

5.        Defendant, AT New Media, LTD., is a United Kingdom company, with no known offices in the United States, that operates online dating sites at the domain names plentymorefish.com, plentymoredating.com, plentymoresinglefish.com, and plentymorenaughtyfish.com.

6.        Each of Defendant's Web sites infringes upon the federally registered trademarks of defendant and are maintained willfully and intentionally against the express wishes of Plaintiff.

7.        Based on the foregoing facts, Plaintiff brings an in-rem action for registered trademark infringement and unfair competition under Section 43(a) of the Lanham Act and for anti-cybersquatting under Section 43(d) of the Lanham Act against the Internet domain names plentymorefish.com, plentymoredating.com, plentymoresinglefish.com, and plentymorenaughtyfish.com.

## **PARTIES**

8.        The Internet domain names plentymorefish.com, plentymoredating.com, plentymoresinglefish.com, and plentymorenaughtyfish.com are the *res* of this in-rem action. Each is registered withing the ".com" top-level domain for which Verisign, Inc. is the registry administrator.

9.        AT New Media, LTD., is a United Kingdom company, with no known offices in the United States, is listed as the registrant/owner of the the infringing domain names in the WHOIS database maintained by the registrar for these domain names, 1&1 Internet AG.

10.       Verisign, Inc., a Delaware corporation registered to do business in Illinois, is the registry administrator for all Internet domain names in the ".com" top-level domain (i.e. all Internet domain names that end in ".com").

11.       1&1 Internet AG, a German corporation, is the registrar for the two infringing domain names. 1 & 1 Internet AG is a subsidiary of United Online AG which also has a U.S. subsidiary 1 & 1 Internet, Inc. Upon information and belief, Plaintiff understands the German corporation and the U.S. corporation to be separately chartered.


## JURISDICTION AND VENUE

12.        This action arises under the Lanham Trademark Act 15 U.S.C. §§ 1051 et seq. (the "Lanham Act"). Accordingly, this Court has federal question jurisdiction over the subject matter of this action pursuant to 15 U.S.C. § 1221 and 28 U.S.C. §§ 1338(a) and (b).

13.       This court has *in rem* jurisdiction over the defendant Internet domain names in this action pursuant to 15 U.S.C. § 1125(d)(2)(A) as the registry for these domains, Verisign, Inc., is registered to do business in this jurisdiction. 15 U.S.C. Section 1125(d)(2)(A) provides that "[t]he owner of a mark may file an in rem civil action against a domain name in the judicial district in which the domain name registrat, registry, or other domain name authority that registered or assigned the name is located…."

14.       Venue in this district is proper under 28 U.S.C. § 1391(b).

### WRITTEN NOTICE TO REGISTRY, REGISTRAR AND DOMAIN OWNER

15.     Pursuant to 15 U.S.C § 1125(d)(2)(D)(i) Plaintiff has or is in the process of notifying the Registry Administrator, Versign, Inc., the Registrar, 1 & 1 Internet AG, and the hosting provider for the Internet domain names, 1 & 1 Internet, Ltd. by providing them with written notice of a filed, stamped copy of this complaint as filed. As a result thereof, pursuant to said Section 1125(d)(2)(D)(ii), the defendants are required "not to transfer, suspend, or otherwise modify the domain name(s) during the pendency" of this action.

16.     Plaintiff also has or is in the process of noticing by email and courier service in the form of a filed, stamped copy of this complaint the owner of each of the domains which are the subject of this action, as well as each of the persons listed in the WHOIS directory as technical, administrative or other contacts at their listed addresses and emails.

### FACTS GIVING RISE TO THIS ACTION

17.     This is an *in rem* action by an online dating services company, to prevent the continued infringement of its registered federal trademarks by an online dating service operated across four Internet domain names,  plentymorefish.com, plentymoredating.com, plentymoresinglefish.com, and plentymorenaughtyfish.com.

18.     Plaintiff Plentyoffish Media, Inc. ("Plentyoffish") owns the trademark PLENTYOFFISH,  registered in the United States on June 12, 2007, Reg. No. 3251639. The PLENTYOFFISH trademark registration is for goods or services of:  Providing on-line forums for the transmission of messages among computer users concerning making acquaintances, friendship, dating, long-term relationships and marriage; and Computer services, namely, providing information regarding, and in the nature of, on-line dating and introduction services.

19.     Plaintiff is also the registered trademark owner of Reg. No. 3251640 ("POF"), and Reg. No. 3302508 ("PLENTY OF FISH") which have similar descriptions of goods and services.

20.     Plaintiff's trademark, PLENTYOFFISH is very well known in connection to his website, as a free of charge web dating service, which began use in commerce in 2001.

21.     Plaintiff's Web site has the largest number of visitors of any online dating site in North America. Each month, between 36 and 40 million visitors access the plentyoffish.com Web site.

22.     According to Internet traffic research firm Hitwise, Plaintiff's Web site, plentyoffish.com, is responsible for 17.17% of all online dating traffic.  By contrast, Defendant's Web site plentymorefish.com is responsible for only 0.00061% of online dating traffic.

23.     Plentyoffish's well-known brand and high traffic translate into yearly advertising revenue of approximately $10 million a year.

24.     Plentyoffish's success has garnered considerable media attention, including articles in the New York Times, The Seattle Times, The Guardian, the Chicago Tribune, Newsweek, The Wall Street Journal, The Financial Post, The National Post, the San Francisco Chronicle, Time, the Vancouver Sun and many others. Television stories have included The Today Show, CNN and others.

25.     Defendant's Internet domain name, plentymorefish.com appears to have been acquired on June 10, 2002, plentymoredating.com on April 23, 2007, and plentymoresinglefish.com on July 16. 2007, and plentymorenaughtyfish.com on March 26, 2007 according to the WHOIS database.

26.     Defendant did not operate a commercial online dating site at these Web sites immediately upon registering the PLENTYMOREFISH.COM domain. Upon information and belief it appears that AT New Media launched the online dating service in September 2006 as stated in a press release issued by Plentymorefish.com spokeperson Stephen Moylan. (See Exhibit 4, "Plentymorefish.com goes global on it's 1st birthday").

27.     Defendant's Internet domain names are confusingly similar to Plaintiff's trademarks and create a likelihood of confusion.

28.     Defendant's Web site itself ackowledges the likelihood of confusion. The Plentymorefish Web site has included the following text which references Plentyoffish and the likelihood of confusion: "*Plentymorefish has been operating as an online dating site since 10th June 2002 please do not confuse us with Plentyoffish Dating. Plentymorefish Dating is in no way affiliatd to, or a part of, Plentyoffish Dating...There is no such thing as a free meal, especially if it involves fish!*".  (The claimed 10th June 2002 date of operation can be shown to be inaccurate, but the likelihood of confusion is plain.)

29.     Actual confusion between the sites can also be documented. The following email was received by Plentyoffish: "*hello .i have been a member for sometime on here now before i got deleted .i dont know why i have been deleted.i am genuine.the pictures are of me .my profile was written honest and truthfully.but for some reason i cant join back on ..i have joined up on your sister site plentymorefish.which i used my own bank details to join ...please could you solve my problem.thank you*". This user has obviously been confused into thinking that plentymorefish.com is a sister site to plentyoffish.com. Further, the user has paid money to AT New Media on its Web site plentymorefish.com in order to gain access to plentyoffish.com which is a free site.

30.     There is also evidence to show that customers of search engines such as Google or Yahoo are likely being confused by the presence of the similarly named dating

sites. According to statistics published by Hitwise, a firm that tracks Internet traffic and

popular search engine terms, the most popular search engine terms that drive traffic to

online dating Web sites are as follows:

1. match.com
2. plentyoffish
3. singlesnet.com
4. plenty of fish
5. singlesnet
6. plentyoffish.com
7. adam4adam
8. eharmony
9. yahoo personals
10. datehookup

Source: Hitwise, September 2008

As can be seen, three of the top ten search terms are Plaintiff's trademarks and

Plaintiff's Web site address. It is reasonable to assume that these search engine users

entering these three terms are attempting to find the plentyoffish.com site. There is

evidence that some of these users are instead ending up on the plentymorefish.com site.

31.     Another search engine tracking firm, Compete, tracks which search terms

entered into a search engine like Google or Yahoo result in an Internet user visiting a

particular Web site by following a link in the search results. Compete accomplishes this

by using a population of Internet users who have agreed to have their Internet usage

tracked.

32.     Data from Compete shows that during the period 11-30-2007 to 02-28-

2007, many of the most popular search terms that resulted in a visit to the

plentymorefish.com Web site were references to plentyoffish. In fact, the number one and

two search terms that drove traffic to plentymorefish.com were "plenty of fish" and

"www.plentyoffish.com". Plaintiff considers it a reasonable inference that confusion has

likely occurred among users of search engines who are searching for the plentyoffish.com Web site and encountered a reference to the plentymorefish.com.

33.     Defendant has registered and used plentymorefish.com, plentymoredating.com, plentymoresinglefish.com, and plentymorenaughtyfish.com without authorization from Plentyoffish and, upon information and belief, with the bad faith intent of profiting off the registered trademarks of Plentyoffish by misleading and deceiving the public into believing that AT New Media is associated or affiliated with, or sponsors or endorses, the Web site AT New Media operates under the plentymorefish.com, plentymoredating.com, plentymoresinglefish.com, and plentymorenaughtyfish.com domain names.

34.     Defendant's continued use of Internet domain names is both willful and intentional. As demonstrated by the reference to Plentyoffish on the Plentymorefish.com Web site, AT New Media has been aware of the existence of Plentyoffish for some time. Further, after a request by Plentyoffish to take down the infringing domain names, AT New Media has refused and signaled that they will continue to operate the Web sites.

35.     Plaintiff has suffered and will continue to suffer substantial injury, including but not limited to lost advertising sales and damage to the reputation of its brand by the continued operation of the plentymorefish.com, plentymoredating.com and plentymoresinglefish.com Web sites. Consumers will also be confused by the continued use of these domain names by the Defendants.

## COUNT I
### (Violation of the Anti-Cybersquatting Consumer Protection Act)

36.       Plaintiff incorporates the allegations in the preceding paragraphs of this Complaint as if fully set forth below.

37.       By reason of the foregoing, Plaintiff hereby assers a claim against Defendants for injunctive relief pursuant to 15 U.S.C. § 1125(d) with respect to Defendant's cyberpiracy of all of Plaintiff's above-identified registered marks.


### PRAYER FOR
### PRELIMINARY AND PERMANENT INJUNCTIVE RELIEF

WHEREFORE, Plaintiff seeks relief against Defendants as follows and prays:

1.       The Court to enter judgment for the Plaintiff finding that the registration and use of each of the domain names plentymorefish.com, plentymoredating.com, plentymoresinglefish.com, and plentymorenaughtyfish.com infringe upon Plantiffs registered trademarks.

2.       The Court grant a preliminary injunction ordering that all use of the domains names plentymorefish.com, plentymoredating.com, plentyofsinglefish.com, and plentymorenaughtyfish.com be disabled during the course of this action.

3.       The Court order Defendants to transfer ownership and control over the domain names plentymorefish.com, plentymoredating.com, plentyofsinglefish.com, and plentymorenaughtyfish.com to Plaintiff.

Dated: November 19, 2008


Respectfully submitted,
Plentyoffish Media, Inc.

_s/Christopher S. Hall/_____
Christopher S. Hall
Attorney for Plentyoffish Media, Inc.
CHRISTOPHER HALL & ASSOCIATES
1848 N Mohawk Street, Suite 2
Chicago, IL 60614
(312)-545-4355

# EXHIBIT 1

US Trademark No. 3251639 ("PLENTYOFFISH")

,

# EXHIBIT 1

US Trademark No. 3251639 ("PLENTYOFFISH")

,



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

# Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Tue Nov 18 04:15:20 EST 2008*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP | PREV LIST | CURR LIST | NEXT LIST |

| FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

Logout   Please logout when you are done to release system resources allocated for you.

Start   List At: [ ] OR Jump to record: [ ]   **Record 2 out of 3**

---

TARR Status | ASSIGN Status | TDR | TTAB Status   *( Use the "Back" button of the Internet Browser to return to TESS)*

# PLENTYOFFISH

| | |
|---|---|
| **Word Mark** | PLENTYOFFISH |
| **Goods and Services** | IC 038. US 100 101 104. G & S: Providing on-line forums for the transmission of messages among computer users concerning making acquaintances, friendship, dating, long-term relationships and marriage. FIRST USE: 20010531. FIRST USE IN COMMERCE: 20010531 |
| | IC 045. US 100 101. G & S: Computer services, namely, providing information regarding, and in the nature of, on-line dating and introduction services. FIRST USE: 20010531. FIRST USE IN COMMERCE: 20010531 |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Serial Number** | 78945018 |
| **Filing Date** | August 4, 2006 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | March 27, 2007 |
| **Registration Number** | 3251639 |
| **Registration Date** | June 12, 2007 |

| | |
|---|---|
| **Owner** | (REGISTRANT) **PLENTYOFFISH** MEDIA INC CORPORATION CANADA 1603-1529 WEST PENDER ST. VANCOUVER, B.C. CANADA V6G3J3 |
| **Type of Mark** | SERVICE MARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP | PREV LIST | CURR LIST | NEXT LIST

FIRST DOC | PREV DOC | NEXT DOC | LAST DOC

# EXHIBIT 2

US Trademark No. 3251640 ("POF")



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

# Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Tue Nov 18 04:15:20 EST 2008*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP | PREV LIST | CURR LIST | NEXT LIST |
| FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

Logout     Please logout when you are done to release system resources allocated for you.

Start     List At: [        ]  OR   Jump   to record: [        ]   **Record 1 out of 3**

---

TARR Status   ASSIGN Status   TDR   TTAB Status     *( Use the "Back" button of the Internet Browser to return to TESS)*

# POF

| | |
|---|---|
| **Word Mark** | POF |
| **Goods and Services** | IC 038. US 100 101 104. G & S: Providing on-line forums for the transmission of messages among computer users concerning making acquaintances, friendship, dating, long-term relationships and marriage. FIRST USE: 20010531. FIRST USE IN COMMERCE: 20010531 |
| | IC 045. US 100 101. G & S: Computer services, namely, providing information regarding, and in the nature of, on-line dating and introduction services. FIRST USE: 20010531. FIRST USE IN COMMERCE: 20010531 |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Serial Number** | 78945033 |
| **Filing Date** | August 4, 2006 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | March 27, 2007 |
| **Registration Number** | 3251640 |
| **Registration Date** | June 12, 2007 |

| | |
|---|---|
| **Owner** | (REGISTRANT) **PLENTYOFFISH** MEDIA INC CORPORATION CANADA 1603-1529 WEST PENDER ST. VANCOUVER, B.C. CANADA V6G3J3 |
| **Type of Mark** | SERVICE MARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

TESS HOME  NEW USER  STRUCTURED  FREE FORM  BROWSE DICT  SEARCH OG  TOP  HELP  PREV LIST  CURR LIST  NEXT LIST

FIRST DOC  PREV DOC  NEXT DOC  LAST DOC

|.HOME | SITE INDEX | SEARCH | eBUSINESS | HELP | PRIVACY POLICY

# EXHIBIT 3

US Trademark No. 3302508 ("PLENTY OF FISH").



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

**Trademarks** > **Trademark Electronic Search System (TESS)**

*TESS was last updated on Tue Nov 18 04:15:20 EST 2008*

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP | PREV LIST | CURR LIST | NEXT LIST

FIRST DOC | PREV DOC | NEXT DOC | LAST DOC

Logout  Please logout when you are done to release system resources allocated for you.

Start  **List At:** [    ] OR Jump to record: [    ]  **Record 3 out of 3**

TARR Status | ASSIGN Status | TDR | TTAB Status  *( Use the "Back" button of the Internet Browser to return to TESS)*

# PLENTY OF FISH

| | |
|---|---|
| **Word Mark** | PLENTY OF FISH |
| **Goods and Services** | IC 038. US 100 101 104. G & S: Providing on-line forums for the transmission of messages among computer users concerning making acquaintances, friendship, dating, long-term relationships and marriage. FIRST USE: 20010531. FIRST USE IN COMMERCE: 20010531

IC 045. US 100 101. G & S: Computer services, namely, providing web-site services featuring on-line dating. FIRST USE: 20010531. FIRST USE IN COMMERCE: 20010531 |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Serial Number** | 78945004 |
| **Filing Date** | August 4, 2006 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | July 17, 2007 |
| **Registration Number** | 3302508 |
| **Registration Date** | October 2, 2007 |
| **Owner** | (REGISTRANT) **PLENTYOFFISH** MEDIA INC CORPORATION CANADA 1603-1529 WEST PENDER ST. VANCOUVER, B.C. CANADA V6G3J3 |

| | |
|---|---|
| **Type of Mark** | SERVICE MARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP | PREV LIST | CURR LIST | NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC

**|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY**

# EXHIBIT 4

AT New Media Press Release

# Plentymorefish.com goes global on it's 1st birthday.

Contributed by Stephen Moylan
September 28, 2007

Sep 28, 2007 -- /prbuzz/ --Just 12 months ago, Plentymorefish, a dating website with attitude, was launched. Plentymorefish.com is different because it places emphasis on the fun side of dating and has an altogether more &lsquo;get out there and play&rsquo; ethos. Plentymorefish.com encourages it&rsquo;s members not to look for Mr/Mrs Right, but to just look for a date, several dates. If one of those dates happens to be with the man or woman of your dreams&hellip;..Bonus!

When launched, Plentymorefish.com provided UK only dating. Incredibly, after only 12 months, Plentymorefish.com has just gone global with 18 new sites serving countries such as Australia, Canada, USA, New Zealand and South Africa, with more to come. At a time when USA (Match.com) and France (Meetic) seem determined to have a Battle Royale over domination of the world wide dating industry, Plentymorefish has been quietly building its brand and membership. Today Plentymorefish allows customers to access a database of over 4.5 million people worldwide.

Steve Moylan from Plentymorefish.com said "my head is spinning from the speed at which this has grown. It has delivered 40% growth month after month, and it's very exciting to be breaking into new territories so soon." So how has such phenomenal growth been achieved? &ldquo;We simply ploughed every penny of profit back into advertising and marketing to build the brand and now, about 80% of our registrations come from word of mouth. Because we are different, there doesn&rsquo;t seem to be that stigma usually associated with using other traditional and online dating agencies, as a result our customers seem more than happy to recommend us to their friends&rdquo;.

Media Contact: Stephen Moylan
E-mail: info@plentymorefish.com
Web: http://www.plenytmorefish.com

# EXHIBIT 5

Plentymorefish.com Front Page



# 21 Million* members worldwide and still growing!

Plentymorefish gives you access to two of the best dating platforms on the planet, each offers different singles and niche communities, all of which you can join and try for free. You chose which is right for you. Join one or join both, it's entirely up to you.





**Please note:** All of our ponds are distinct and very different dating communities. You are free to join one or more ponds if you wish but paid membership of one pond does not give you paid membership of any other. Free basic membership is available in each of the ponds separately.



**There are Plenty More Fish in the sea!** How many times have you heard that? Well here at Plentymorefish there are! We've got over 5 million singles profiles registered from all of all sorts of fish so the chances of meeting new people that share your interests are really very very good, who knows, it may even lead to something 'Long Term'. So get in there and start Fishin' but most importantly, have fun!

All of our ponds are extremely easy to use and offer our members many benefits. In fact over 75% of our members join because a friend, family member or work colleague recommended Plentymorefish to them, if you like what you see please spread the word.

**Registration is 100% FREE and you can search our sites completely anonymously right away, then when you're ready you can complete your profile and upload a photo for FREE too - it's completely safe, secure and confidential. Click here for more info on what's free and what's not.**

About PlentyMore Fish

Plentymorefish has been around as an online dating site since 2002 and offers a premium dating service which means that registration is free but certain parts of the site will be charged for. Free dating is great but it does have a tendency to attract the wrong type of registration, if you see what we mean ;-) Here at Plentymorefish we value your safety and manually check registrations for accuracy and relevance. We also offer our members a vast variety of dating services with general dating, mature dating, naughty dating, gay dating and lesbian dating sites all over the world. Pretty soon

we'll have mobile dating too and if all goes to plan speed dating in the UK before next summer. Plentymorefish has over 5 million singles registered across its dating web sites and is proud of its reputation as one of the fastest growing internet dating brands.

Welcome to Plentymorefish, we hope your online dating experience is a good one.

Plentymorefish has been operating as an online dating site since 10th June 2002 please do not confuse us with Plentyoffish Dating. Plentymorefish Dating is in no way affiliated to, or a part of, Plentyoffish Dating. We started as a free dating website but then decided, as the number of bogus profiles were too high, to start charging for Plentymorefish, since then our membership has gone from strength to strength. There is no such thing as a free meal, especially if it involves fish!

* across both platforms in all ponds and all countries

Copyright (c) 2008 Plentymorefish. All rights reserved.

# EXHIBIT 6

Search Engine Keyword Searches

Resulting in User Traffic to Plentymorefish

Compete, Inc.

 compete

chrish@objectmethod.com | MyCompete | Tell a Friend | Help | Sign Out

 Search Analytics BETA

**Site Referrals**        **Keyword Destination**        **Compare Sites**

 Take a Tour

### Find out which keywords are sending traffic to a website or category:

Site | plentymorefish.com  | or Category | -------------- | Go!

plentymorefish.com search referrals: 71

**Your Credits**

**Buy Credits**

Your Credit History

Alert Preferences

**4** credits remaining

Tip: Compete Search Analytics reports are updated daily.

**Report Overview**

| | |
|---|---|
| Domain / Category | plentymorefish.com |
| Time frame | 2007-11-30 to 2008-02-28 |
| Available results | 21 terms |
| Displaying | 1 - 21 |   Export Data |

| Volume Rank ⓘ | Keyword ⓘ | Site Share ⓘ | Keyword Engagement ⓘ | Keyword Effectiveness ⓘ |
|---|---|---|---|---|
| 1 | plenty of fish | 8.70% | 15.73 | 31.45 |
| 2 | www.pleantyoffish.com | 8.70% | 4.74 | 9.48 |
| 3 | meeting/alabama/personals | 4.35% | 100.00 | 100.00 |
| 4 | plentymorefish.com | 4.35% | 89.31 | 89.31 |
| 5 | gang bang personals | 4.35% | 77.22 | 77.22 |
| 6 | totally free dating perso... | 4.35% | 58.27 | 58.27 |
| 7 | plentymorefish | 4.35% | 48.39 | 48.39 |
| 8 | dating | 4.35% | 32.46 | 32.46 |
| 9 | okla singles adult | 4.35% | 24.60 | 24.60 |
| 10 | plenty of fish .com | 4.35% | 23.79 | 23.79 |
| 11 | plenyt of fish | 4.35% | 22.98 | 22.98 |
| 12 | microsoft personals | 4.35% | 20.56 | 20.56 |
| 13 | plentyoffish.com/mail | 4.35% | 11.90 | 11.90 |
| 14 | fish in the sea dating | 4.35% | 11.49 | 11.49 |
| 15 | free intemate incounters ... | 4.35% | 7.46 | 7.46 |
| 16 | www.plentyoffish.com | 4.35% | 7.46 | 7.46 |
| 17 | women seeking marriage | 4.35% | 6.25 | 6.25 |
| 18 | plenty of fish.com | 4.35% | 4.23 | 4.23 |
| 19 | www.plenty of fish.com | 4.35% | 3.83 | 3.83 |
| 20 | "grand rapids" "plenty of... | 4.35% | 2.42 | 2.42 |
| 21 | fish in the sea | 4.35% | 0.40 | 0.40 |

**Help and FAQs**

The Site Referral tool helps you understand what keywords are driving traffic to specific websites or categories. The tool highlights the most popular terms for your competitors and the market you're interested in, and the quality of the traffic websites generate from their search referrals.

**How do I use the tool?** Simply enter a site into the input box and then click the "Go!" button. Your report will generate in the table below.

**Can I enter multiple websites?** At this time, you can only enter a single site or select an entire category of sites. We'll be launching new reports that allow you to customize groups of sites soon!

**Are the results at a page level or domain level?** All of the search referrals are at a domain level. This means that every page under a specific domain receiving search referrals will be captured and included in the report.

**If I re-run a report I've run before will credits be deducted from my account?** If you re-run a report during the same day as you originally ran the report you will not be charged additional credits. However, if you re-run the report the next day or later you will be charged additional credits. The results you will get may be quite different since we update the data set every night. If you want to save a particular day's results, **please remember to export them to a CSV file on your computer.**

More FAQs

**Reports You've Run Today**

03/02/08: Site Referrals for 'plentymorefish.com' (top 50)

View your complete report history

**Submit Feedback**

Tell us how to improve! We appreciate all feedback, feature requests and bug reports.

 Tell us what you think.

# EXHIBIT 7

Traffic Comparisons Plentyoffish and Plentymorefish

Hitwise



Weekly market share in 'Lifestyle - Dating', measured by visits, based on US usage.

Created: 11/16/2008. © Copyright 1998-2008 Hitwise Pty, Ltd.

www.plentyoffish.com   www.plentymorefish.com