IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PLENTYOFFISH MEDIA, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| PLENTYMOREFISH.COM, an Internet domain name, ) | Civil Action No.: 08CV6651 |
| PLENTYMOREDATING.COM, an Internet domain name, ) | |
| PLENTYMORESINGLEFISH.COM, an Internet domain name, ) | |
| PLENTYMORENAUGHTYFISH.COM, an Internet domain name, ) | |
| ) | |
| Defendants. ) | |

**PLAINTIFF'S MOTION FOR VOLUNTARY DISMISSAL**

Pursuant to Rule 41(a), Fed.R.Civ.P., Plaintiff Plentyoffish Media, Inc. ("Plentyoffish") hereby voluntarily dismisses without prejudice its in-rem complaint against Defendant domain names PLENTYMOREFISH.COM, PLENTYMOREDATING.COM, PLENTYMORESINGLEFISH.COM, and PLENTYMORENAUGHTYFISH.COM.

Pusrsuant to Rule41(a)(1)(A)(i) this Motion for Voluntary Dismissal is brought before any opposing party has served an answer or motion for summary judgment.

This voluntary dismissal is made following informal discussions with counsel for the domain name registry for these domains, Verisign. We have become convinced that this action will be more efficiently brought in the Eastern District of Virginia, Alexandria Division, which is an established legal situs for the domain name registry.

/s/ Christopher Hall_____
Christopher Hall
CHRISTOPHER HALL & ASSOCIATES
1848 N. Mohawk Street, Suite 2
Chicago, Illinois 60614
(312) 545-4355
chrishall@halliplaw.com
*Attorneys for Plentyoffish Media, Inc.*